**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-01-01110-02-PHX-NVW |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| George Franklin Baber, III, | |
| Defendant. | |

On June 2, 2016, Defendant appeared before this Court for an Admit/Deny Hearing. The Court was informed that the defendant is subject to other custody and no longer eligible for release. The defendant submitted the issue of detention to the Court.

The Court finds that the defendant has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of the community if released pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. § 3143.

The Court further finds by a preponderance of the evidence that the defendant is subject to other custody and should be similarly detained in this case.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated this 2nd day of June, 2016.

Honorable Eileen S. Willett
United States Magistrate Judge